No. 09-10922. James Thomas Green, Petitioner v. Texas.

562 U.S. 855, 131 S. Ct. 119, 178 L. Ed. 2d 74, 2010 U.S. LEXIS 6308.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 09-10923. James Randall Foster, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 855, 131 S. Ct. 120, 178 L. Ed. 2d 74, 2010 U.S. LEXIS 5887.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10924. David L. Guest, Petitioner v. George M. Hinkle, Warden.

562 U.S. 856, 131 S. Ct. 120, 178 L. Ed. 2d 74, 2010 U.S. LEXIS 6003.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 554.

No. 09-10927. Jade Emory, Petitioner v. Housing and Community Development Corporation of Hawaii, et al.

562 U.S. 856, 131 S. Ct. 120, 178 L. Ed. 2d 74, 2010 U.S. LEXIS 6419.

October 4, 2010. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

Same case below, 121 Hawaii 472, 220 P.3d 1053.

No. 09-10929. Veronica Iacobescu, Petitioner v. Lansing Community College and Dental Hygiene Program.

562 U.S. 856, 131 S. Ct. 120, 178 L. Ed. 2d 74, 2010 U.S. LEXIS 5964.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10931. Steven Richard Horner, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 856, 131 S. Ct. 120, 178 L. Ed. 2d 74, 2010 U.S. LEXIS 6127.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 361 Fed. Appx. 584.

No. 09-10932. Bernard Hill, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.

562 U.S. 856, 131 S. Ct. 121, 178 L. Ed. 2d 74, 2010 U.S. LEXIS 6317.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10933. David Hering, Petitioner v. Patrick Madden, et al.

562 U.S. 856, 131 S. Ct. 121, 178 L. Ed. 2d 74, 2010 U.S. LEXIS 5897.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.